IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DIONY RATLIFF**     **PLAINTIFF**

v.     Case No. 4:13-cv-00167-KGB

**CITY OF SHANNON HILLS,** *et al.*     **DEFENDANTS**

## JUDGMENT

Consistent with the Opinion and Order entered on this date, it is considered, ordered, and adjudged that this case be, and it is hereby, dismissed with prejudice. The relief sought is denied, and all pending motions are denied as moot.

SO ADJUDGED this the 16th day of September, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE